UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**MOHAMMAD ESMAIL, ET AL**                                        **CIVIL ACTION**

**VERSUS**                                                        **NO. 07-8928**

**MARKEL INTERNATIONAL INSURANCE**
**COMPANY, LTD.**                                                 **SECTION "B" (4)**

ORDER

Before the Court is Defendant Markel International Insurance Company Limited Motion to Disqualify (Rec. Doc. No. 6). Local Rule 7.5E of the Eastern District of Louisiana requires that memoranda in opposition to a motion be filed **and** a copy be delivered to chambers eight days prior to the date set for hearing of the motion. No memorandum in opposition to the motion, set for hearing on August 6, 2008, has been submitted. Further, no one has filed a motion to continue the hearing or filed a motion for extension of time within which to oppose the motion. Accordingly, this motion is deemed to be unopposed, and, further, it appearing to the Court that the motion has merit,

**IT IS ORDERED** that the Motion to Disqualify is **GRANTED.**

A motion for reconsideration of this order based on the appropriate Federal Rule of Civil Procedure, if any, must be filed within thirty (30) days. The motion must be accompanied by an opposition memorandum to the original motion. Because such a motion would not have been necessary had a timely opposition

memorandum been filed, the costs incurred in connection with the motion, including attorney's fees, will be assessed against the party moving for reconsideration.  *See* Fed. R. Civ. P. 16, 83.  A statement of costs conforming to Local Rule 54.3 shall be submitted by all parties desiring to be awarded costs and attorney's fees no later than eight (8) days prior to the hearing of the motion for reconsideration.

**IT IS FURTHER ORDERED** that Plaintiff K&M Supermarket shall be granted **no more than 30 days** to obtain counsel licensed to practice law before this Court.

New Orleans, Louisiana, this 6th day of August, 2008.

IVAN L. R. LEMELLE
UNITED STATES DISTRICT JUDGE